# EXHIBIT A

| Billing Entity | Date of Service | Procedure Code | Procedure Code Description | Amount Billed | Amount Paid | Patient Initials |
|---|---|---|---|---|---|---|
| Heller Family Medicine | 09/29/2016 | L8679 | Implantable neurostimulator | $10,000.00 | $0.00 | N.P. |
| Heller Family Medicine | 09/29/2016 | L8679 | Implantable neurostimulator | $10,000.00 | $6,282.47 | N.P. |
| Heller Family Medicine | 09/29/2016 | L8679 | Implantable neurostimulator | $10,000.00 | $0.00 | N.P. |
| Heller Family Medicine | 09/29/2016 | L8679 | Implantable neurostimulator | $10,000.00 | $0.00 | S.S. |
| Heller Family Medicine | 09/29/2016 | L8679 | Implantable neurostimulator | $10,000.00 | $6,282.47 | S.S. |
| Heller Family Medicine | 09/29/2016 | L8679 | Implantable neurostimulator | $10,000.00 | $0.00 | S.S. |
| Heller Family Medicine | 09/29/2016 | L8679 | Implantable neurostimulator | $10,000.00 | $0.00 | C.M. |
| Heller Family Medicine | 09/29/2016 | L8679 | Implantable neurostimulator | $10,000.00 | $6,282.47 | C.M. |
| Heller Family Medicine | 09/29/2016 | L8679 | Implantable neurostimulator | $10,000.00 | $0.00 | C.M. |
| Heller Family Medicine | 10/20/2016 | L8679 | Implantable neurostimulator | $10,000.00 | $6,282.47 | M.S. |
| Heller Family Medicine | 10/20/2016 | L8679 | Implantable neurostimulator | $10,000.00 | $6,282.47 | A.P. |
| Heller Family Medicine | 10/27/2016 | L8679 | Implantable neurostimulator | $10,000.00 | $6,282.47 | P.B. |
| Heller Family Medicine | 10/27/2016 | L8679 | Implantable neurostimulator | $10,000.00 | $6,282.47 | P.B. |
| Heller Family Medicine | 10/27/2016 | L8679 | Implantable neurostimulator | $10,000.00 | $6,282.47 | C.M. |
| Heller Family Medicine | 10/27/2016 | L8679 | Implantable neurostimulator | $10,000.00 | $6,282.47 | C.M. |
| Heller Family Medicine | 10/27/2016 | L8679 | Implantable neurostimulator | $10,000.00 | $0.00 | C.M. |
| Heller Family Medicine | 11/03/2016 | L8679 | Implantable neurostimulator | $10,000.00 | $6,282.47 | N.P. |
| Heller Family Medicine | 11/03/2016 | L8679 | Implantable neurostimulator | $10,000.00 | $0.00 | N.P. |
| Heller Family Medicine | 11/03/2016 | L8679 | Implantable neurostimulator | $10,000.00 | $6,282.47 | D.T. |
| Heller Family Medicine | 11/10/2016 | L8679 | Implantable neurostimulator | $10,000.00 | $6,282.47 | S.S. |
| Heller Family Medicine | 11/10/2016 | L8679 | Implantable neurostimulator | $10,000.00 | $6,282.47 | L.N. |
| Heller Family Medicine | 11/17/2016 | L8679 | Implantable neurostimulator | $10,000.00 | $6,282.47 | M.S. |
| Heller Family Medicine | 11/17/2016 | L8679 | Implantable neurostimulator | $10,000.00 | $6,282.47 | A.P. |
| Heller Family Medicine | 11/17/2016 | L8679 | Implantable neurostimulator | $10,000.00 | $6,282.47 | P.M. |
| Heller Family Medicine | 11/17/2016 | L8679 | Implantable neurostimulator | $10,000.00 | $6,282.47 | B.M. |
| Heller Family Medicine | 12/01/2016 | L8679 | Implantable neurostimulator | $10,000.00 | $6,282.47 | D.T. |

| Heller Family Medicine | 12/01/2016 | L8679 | Implantable neurostimulator | $10,000.00 | $6,282.47 | C.M. |
| --- | --- | --- | --- | --- | --- | --- |
| Heller Family Medicine | 12/08/2016 | L8679 | Implantable neurostimulator | $10,000.00 | $6,282.47 | J.H. |
| Heller Family Medicine | 12/15/2016 | L8679 | Implantable neurostimulator | $10,000.00 | $6,282.47 | A.P. |
| Heller Family Medicine | 12/15/2016 | L8679 | Implantable neurostimulator | $10,000.00 | $0.00 | A.P. |
| Heller Family Medicine | 12/15/2016 | L8679 | Implantable neurostimulator | $10,000.00 | $6,282.47 | T.A. |
| Heller Family Medicine | 12/15/2016 | L8679 | Implantable neurostimulator | $10,000.00 | $6,282.47 | L.N. |
| Heller Family Medicine | 12/15/2016 | L8679 | Implantable neurostimulator | $10,000.00 | $6,282.47 | J.S. |
| Heller Family Medicine | 12/15/2016 | L8679 | Implantable neurostimulator | $10,000.00 | $0.00 | J.S. |
| Heller Family Medicine | 12/22/2016 | L8679 | Implantable neurostimulator | $10,000.00 | $6,282.47 | D.B. |
| Heller Family Medicine | 01/05/2017 | L8679 | Implantable neurostimulator | $10,000.00 | $6,229.76 | M.S. |
| Heller Family Medicine | 01/05/2017 | L8679 | Implantable neurostimulator | $9,000.00 | $6,328.17 | D.B. |
| Heller Family Medicine | 01/05/2017 | L8679 | Implantable neurostimulator | $9,000.00 | $6,313.18 | B.A. |
| Heller Family Medicine | 01/05/2017 | L8679 | Implantable neurostimulator | $10,000.00 | $0.00 | D.T. |
| Heller Family Medicine | 01/05/2017 | L8679 | Implantable neurostimulator | $9,000.00 | $6,313.18 | J.S. |
| Heller Family Medicine | 01/05/2017 | L8679 | Implantable neurostimulator | $10,000.00 | $6,229.76 | P.B. |
| Heller Family Medicine | 01/12/2017 | L8679 | Implantable neurostimulator | $9,000.00 | $6,326.44 | L.B. |
| Heller Family Medicine | 01/13/2017 | L8679 | Implantable neurostimulator | $9,000.00 | $6,326.44 | P.C. |
| Heller Family Medicine | 01/13/2017 | L8679 | Implantable neurostimulator | $10,000.00 | $6,279.74 | K.T. |
| Heller Family Medicine | 01/16/2017 | L8679 | Implantable neurostimulator | $9,000.00 | $6,326.44 | B.M. |
| Heller Family Medicine | 01/19/2017 | L8679 | Implantable neurostimulator | $9,000.00 | $6,284.64 | L.N. |
| Heller Family Medicine | 01/20/2017 | L8679 | Implantable neurostimulator | $9,000.00 | $0.00 | N.P. |
| Heller Family Medicine | 01/20/2017 | L8679 | Implantable neurostimulator | $9,000.00 | $0.00 | I.V. |
| Heller Family Medicine | 01/23/2017 | L8679 | Implantable neurostimulator | $9,000.00 | $6,276.55 | C.M. |
| Heller Family Medicine | 01/26/2017 | L8679 | Implantable neurostimulator | $9,000.00 | $0.00 | P.C. |
| Heller Family Medicine | 01/26/2017 | L8679 | Implantable neurostimulator | $9,000.00 | $0.00 | E.B. |
| Heller Family Medicine | 01/26/2017 | L8679 | Implantable neurostimulator | $9,000.00 | $0.00 | L.B. |
| Heller Family Medicine | 01/26/2017 | L8679 | Implantable neurostimulator | $9,000.00 | $6,326.44 | J.S. |
| Heller Family Medicine | 01/26/2017 | L8679 | Implantable neurostimulator | $9,000.00 | $0.00 | W.B. |
| Heller Family Medicine | 01/27/2017 | L8679 | Implantable neurostimulator | $9,000.00 | $0.00 | P.C. |
| Heller Family Medicine | 02/09/2017 | L8679 | Implantable neurostimulator | $9,000.00 | $6,326.44 | M.S. |

| Heller Family Medicine | 02/09/2017 | L8679 | Implantable neurostimulator | $9,000.00 | $6,326.44 | B.A. |
| --- | --- | --- | --- | --- | --- | --- |
| Heller Family Medicine | 02/09/2017 | L8679 | Implantable neurostimulator | $9,000.00 | $6,326.44 | P.B. |
| Heller Family Medicine | 02/13/2017 | L8679 | Implantable neurostimulator | $9,000.00 | $6,326.44 | K.T. |
| Heller Family Medicine | 02/13/2017 | L8679 | Implantable neurostimulator | $9,000.00 | $6,312.80 | T.A. |
| Heller Family Medicine | 02/13/2017 | L8679 | Implantable neurostimulator | $9,000.00 | $0.00 | D.W. |
| Heller Family Medicine | 02/16/2017 | L8679 | Implantable neurostimulator | $9,000.00 | $6,326.44 | P.C. |
| Heller Family Medicine | 02/16/2017 | L8679 | Implantable neurostimulator | $9,000.00 | $6,326.44 | J.S. |
| Heller Family Medicine | 02/17/2017 | L8679 | Implantable neurostimulator | $9,000.00 | $6,326.44 | C.M. |
| Heller Family Medicine | 03/20/2017 | L8679 | Implantable neurostimulator | $10,000.00 | $6,328.61 | P.C. |
| Heller Family Medicine | 03/20/2017 | L8679 | Implantable neurostimulator | $9,000.00 | $6,326.44 | D.B. |
| Heller Family Medicine | 03/20/2017 | L8679 | Implantable neurostimulator | $9,000.00 | $6,328.60 | B.A. |
| Heller Family Medicine | 03/20/2017 | L8679 | Implantable neurostimulator | $9,000.00 | $6,328.61 | T.A. |
| Heller Family Medicine | 03/23/2017 | L8679 | Implantable neurostimulator | $9,000.00 | $6,326.44 | S.S. |
| Heller Family Medicine | 03/23/2017 | L8679 | Implantable neurostimulator | $9,000.00 | $0.00 | S.S. |
| Heller Family Medicine | 03/23/2017 | L8679 | Implantable neurostimulator | $9,000.00 | $0.00 | S.S. |
| Heller Family Medicine | 03/23/2017 | L8679 | Implantable neurostimulator | $9,000.00 | $6,326.44 | P.B. |
| Heller Family Medicine | 03/23/2017 | L8679 | Implantable neurostimulator | $10,000.00 | $6,326.44 | C.M. |
| Heller Family Medicine | 03/24/2017 | L8679 | Implantable neurostimulator | $9,000.00 | $6,326.44 | K.T. |
| Heller Family Medicine | 03/27/2017 | L8679 | Implantable neurostimulator | $9,000.00 | $6,326.44 | S.L. |
| Heller Family Medicine | 03/27/2017 | L8679 | Implantable neurostimulator | $9,000.00 | $0.00 | S.L. |
| Heller Family Medicine | 03/27/2017 | L8679 | Implantable neurostimulator | $9,000.00 | $0.00 | S.L. |
| Heller Family Medicine | 03/30/2017 | L8679 | Implantable neurostimulator | $9,000.00 | $6,326.44 | N.P. |
| Heller Family Medicine | 03/30/2017 | L8679 | Implantable neurostimulator | $9,000.00 | $0.00 | N.P. |
| Heller Family Medicine | 03/30/2017 | L8679 | Implantable neurostimulator | $9,000.00 | $0.00 | D.G. |
| Heller Family Medicine | 03/30/2017 | L8679 | Implantable neurostimulator | $9,000.00 | $0.00 | D.G. |
| Heller Family Medicine | 04/06/2017 | L8679 | Implantable neurostimulator | $9,000.00 | $6,326.44 | M.S. |
| Heller Family Medicine | 04/06/2017 | L8679 | Implantable neurostimulator | $9,000.00 | $0.00 | M.S. |
| Heller Family Medicine | 04/13/2017 | L8679 | Implantable neurostimulator | $9,000.00 | $6,326.44 | K.T. |
| Heller Family Medicine | 04/13/2017 | L8679 | Implantable neurostimulator | $9,000.00 | $6,326.44 | D.B. |
| Heller Family Medicine | 04/13/2017 | L8679 | Implantable neurostimulator | $9,000.00 | $0.00 | D.B. |

| Heller Family Medicine | 04/13/2017 | L8679 | Implantable neurostimulator | $9,000.00 | $6,326.44 | S.S. |
|---|---|---|---|---|---|---|
| Heller Family Medicine | 04/13/2017 | L8679 | Implantable neurostimulator | $9,000.00 | $6,326.44 | T.A. |
| Heller Family Medicine | 04/13/2017 | L8679 | Implantable neurostimulator | $9,000.00 | $0.00 | S.S. |
| Heller Family Medicine | 04/13/2017 | L8679 | Implantable neurostimulator | $9,000.00 | $6,326.44 | J.D. |
| Heller Family Medicine | 04/14/2017 | L8679 | Implantable neurostimulator | $9,000.00 | $0.00 | D.W. |
| Heller Family Medicine | 04/14/2017 | L8679 | Implantable neurostimulator | $9,000.00 | $6,326.44 | C.M. |
| Heller Family Medicine | 04/17/2017 | L8679 | Implantable neurostimulator | $9,000.00 | $6,326.44 | J.N. |
| Heller Family Medicine | 04/17/2017 | L8679 | Implantable neurostimulator | $10,000.00 | $6,326.44 | P.M. |
| Heller Family Medicine | 04/21/2017 | L8679 | Implantable neurostimulator | $9,000.00 | $6,326.44 | A.L. |
| Heller Family Medicine | 04/24/2017 | L8679 | Implantable neurostimulator | $9,000.00 | $6,326.44 | N.P. |
| Heller Family Medicine | 04/24/2017 | L8679 | Implantable neurostimulator | $9,000.00 | $6,326.44 | S.L. |
| Heller Family Medicine | 04/27/2017 | L8679 | Implantable neurostimulator | $9,000.00 | $0.00 | D.G. |
| Heller Family Medicine | 05/04/2017 | L8679 | Implantable neurostimulator | $9,000.00 | $6,326.44 | M.S. |
| Heller Family Medicine | 05/04/2017 | L8679 | Implantable neurostimulator | $9,000.00 | $6,326.44 | R.R. |
| Heller Family Medicine | 05/04/2017 | L8679 | Implantable neurostimulator | $9,000.00 | $6,326.44 | D.B. |
| Heller Family Medicine | 05/04/2017 | L8679 | Implantable neurostimulator | $9,000.00 | $6,326.44 | J.D. |
| Heller Family Medicine | 05/04/2017 | L8679 | Implantable neurostimulator | $9,000.00 | $6,326.44 | P.M. |
| Heller Family Medicine | 05/08/2017 | L8679 | Implantable neurostimulator | $9,000.00 | $6,326.44 | J.N. |
| Heller Family Medicine | 05/11/2017 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | E.S. |
| Heller Family Medicine | 05/11/2017 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | S.S. |
| Heller Family Medicine | 05/15/2017 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | S.L. |
| Heller Family Medicine | 05/15/2017 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | A.L. |
| Heller Family Medicine | 05/19/2017 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | J.J. |
| Heller Family Medicine | 05/19/2017 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | P.D. |
| Heller Family Medicine | 05/25/2017 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | R.R. |
| Heller Family Medicine | 05/25/2017 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | P.M. |
| Heller Family Medicine | 06/01/2017 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | N.P. |
| Heller Family Medicine | 06/02/2017 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | J.N. |
| Heller Family Medicine | 06/15/2017 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | R.R. |
| Heller Family Medicine | 06/19/2017 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | P.D. |

| Heller Family Medicine | 06/29/2017 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | A.L. |
| Heller Family Medicine | 07/06/2017 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | J.J. |
| Heller Family Medicine | 07/07/2017 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | L.B. |
| Heller Family Medicine | 07/10/2017 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | P.B. |
| Heller Fancy Medspa | 07/17/2017 | L8679 | Implantable neurostimulator | 7,450.00 | 0.00 | P.H. |
| Heller Family Medicine | 07/21/2017 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | P.D. |
| Heller Family Medicine | 07/27/2017 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | J.J. |
| Heller Family Medicine | 08/03/2017 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | M.G. |
| Heller Family Medicine | 08/03/2017 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | L.B. |
| Heller Family Medicine | 08/03/2017 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | P.B. |
| Heller Family Medicine | 08/03/2017 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | L.B. |
| Heller Fancy Medspa | 08/07/2017 | L8679 | Implantable neurostimulator | 7,450.00 | 0.00 | P.H. |
| Heller Family Medicine | 08/07/2017 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | J.S. |
| Heller Family Medicine | 08/11/2017 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | K.T. |
| Heller Family Medicine | 08/21/2017 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | M.L. |
| Heller Family Medicine | 08/21/2017 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | B.D. |
| Heller Family Medicine | 08/24/2017 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | M.G. |
| Heller Family Medicine | 08/25/2017 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | D.M. |
| Heller Fancy Medspa | 08/28/2017 | L8679 | Implantable neurostimulator | 7,450.00 | 5,840.80 | P.H. |
| Heller Family Medicine | 08/28/2017 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | J.S. |
| Heller Family Medicine | 08/31/2017 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | P.B. |
| Heller Family Medicine | 09/18/2017 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | J.S. |
| Heller Family Medicine | 09/18/2017 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | P.M. |
| Heller Fancy Medspa | 09/21/2017 | L8679 | Implantable neurostimulator | 7,450.00 | 5,840.80 | M.G. |
| Heller Family Medicine | 09/21/2017 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | P.L. |
| Heller Family Medicine | 09/21/2017 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | M.G. |
| Heller Family Medicine | 09/22/2017 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | M.L. |
| Heller Family Medicine | 09/25/2017 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | E.B. |
| Heller Fancy Medspa | 10/02/2017 | L8679 | Implantable neurostimulator | 7,450.00 | 5,840.80 | P.M. |
| Heller Family Medicine | 10/05/2017 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | L.B. |

| Provider | Date | Code | Description | Charge | Paid | Patient |
|---|---|---|---|---|---|---|
| Heller Family Medicine | 10/05/2017 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | N.O. |
| Heller Family Medicine | 10/05/2017 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | L.B. |
| Heller Family Medicine | 10/09/2017 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | P.M. |
| Heller Fancy Medspa | 10/12/2017 | L8679 | Implantable neurostimulator | 7,450.00 | 5,840.80 | M.G. |
| Heller Fancy Medspa | 10/12/2017 | L8679 | Implantable neurostimulator | 7,450.00 | 5,840.80 | P.H. |
| Heller Family Medicine | 10/12/2017 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | P.L. |
| Heller Family Medicine | 10/17/2017 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | E.B. |
| Heller Family Medicine | 10/17/2017 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | M.L. |
| Heller Family Medicine | 10/23/2017 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | T.A. |
| Heller Family Medicine | 10/23/2017 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | P.D. |
| Heller Family Medicine | 10/26/2017 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | N.O. |
| Heller Family Medicine | 10/31/2017 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | B.A. |
| Heller Fancy Medspa | 11/02/2017 | L8679 | Implantable neurostimulator | 7,450.00 | 0.00 | P.H. |
| Heller Fancy Medspa | 11/02/2017 | L8679 | Implantable neurostimulator | 7,450.00 | 5,840.80 | M.G. |
| Heller Family Medicine | 11/02/2017 | L8679 | Implantable neurostimulator | $7,450.00 | $0.00 | L.B. |
| Heller Family Medicine | 11/03/2017 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | P.L. |
| Heller Family Medicine | 11/03/2017 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | G.P. |
| Heller Family Medicine | 11/06/2017 | L8679 | Implantable neurostimulator | $7,450.00 | $0.00 | E.B. |
| Heller Family Medicine | 11/10/2017 | L8679 | Implantable neurostimulator | $7,450.00 | $0.00 | P.L. |
| Heller Family Medicine | 11/13/2017 | L8679 | Implantable neurostimulator | $7,450.00 | $0.00 | T.A. |
| Heller Family Medicine | 11/16/2017 | L8679 | Implantable neurostimulator | $7,450.00 | $0.00 | N.O. |
| Heller Family Medicine | 11/21/2017 | L8679 | Implantable neurostimulator | $7,450.00 | $0.00 | B.A. |
| Heller Fancy Medspa | 11/27/2017 | L8679 | Implantable neurostimulator | 7,450.00 | 5,840.80 | G.S. |
| Heller Family Medicine | 11/27/2017 | L8679 | Implantable neurostimulator | $7,450.00 | $0.00 | M.L. |
| Heller Family Medicine | 11/30/2017 | L8679 | Implantable neurostimulator | $7,450.00 | $0.00 | L.N. |
| Heller Family Medicine | 12/01/2017 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | W.P. |
| Heller Family Medicine | 12/05/2017 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | J.P. |
| Heller Family Medicine | 12/07/2017 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | J.M. |
| Heller Family Medicine | 12/08/2017 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | P.L. |
| Heller Family Medicine | 12/19/2017 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | J.P. |

| Heller Family Medicine | 12/19/2017 | L8679 | Implantable neurostimulator | $7,450.00 | $0.00 | J.P. |
| Heller Fancy Medspa | 12/21/2017 | L8679 | Implantable neurostimulator | 7,450.00 | 5,840.80 | G.S. |
| Heller Fancy Medspa | 12/21/2017 | L8679 | Implantable neurostimulator | 7,450.00 | 5,840.80 | L.C. |
| Heller Fancy Medspa | 12/21/2017 | L8679 | Implantable neurostimulator | 7,450.00 | 5,840.80 | C.B. |
| Heller Family Medicine | 12/21/2017 | L8679 | Implantable neurostimulator | $7,450.00 | $0.00 | J.J. |
| Heller Family Medicine | 12/28/2017 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | J.W. |
| Heller Family Medicine | 12/28/2017 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | J.R. |
| Heller Family Medicine | 12/28/2017 | L8679 | Implantable neurostimulator | $7,450.00 | $0.00 | B.P. |
| Heller Family Medicine | 12/28/2017 | L8679 | Implantable neurostimulator | $7,450.00 | $0.00 | B.P. |
| Heller Family Medicine | 12/29/2017 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | E.G. |
| Heller Family Medicine | 12/29/2017 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | J.M. |
| Heller Fancy Medspa | 01/11/2018 | L8679 | Implantable neurostimulator | 7,450.00 | 5,840.80 | L.C. |
| Heller Family Medicine | 01/11/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | T.W. |
| Heller Family Medicine | 01/18/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $0.00 | B.A. |
| Heller Family Medicine | 01/19/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | E.G. |
| Heller Family Medicine | 01/22/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $0.00 | D.T. |
| Heller Family Medicine | 01/22/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $0.00 | D.T. |
| Heller Fancy Medspa | 01/29/2018 | L8679 | Implantable neurostimulator | 7,450.00 | 5,840.80 | L.C. |
| Heller Family Medicine | 01/31/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | D.M. |
| Heller Fancy Medspa | 02/06/2018 | L8679 | Implantable neurostimulator | 7,450.00 | 0.00 | C.B. |
| Heller Family Medicine | 02/12/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $0.00 | L.M. |
| Heller Family Medicine | 02/12/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $0.00 | L.M. |
| Heller Fancy Medspa | 02/21/2018 | L8679 | Implantable neurostimulator | 7,450.00 | 0.00 | K.O. |
| Heller Family Medicine | 02/22/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $0.00 | F.J. |
| Heller Family Medicine | 02/22/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $0.00 | D.T. |
| Heller Fancy Medspa | 02/27/2018 | L8679 | Implantable neurostimulator | 7,450.00 | 0.00 | E.A. |
| Heller Fancy Medspa | 02/27/2018 | L8679 | Implantable neurostimulator | 7,450.00 | 0.00 | L.A. |
| Heller Family Medicine | 03/19/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | M.M. |
| Heller Family Medicine | 03/20/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $0.00 | C.L. |
| Heller Family Medicine | 03/20/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | C.L. |

| Heller Family Medicine | 04/10/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | C.L. |
| Heller Family Medicine | 04/10/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | C.R. |
| Heller Family Medicine | 04/10/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $0.00 | S.O. |
| Heller Family Medicine | 04/10/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | M.D. |
| Heller Family Medicine | 04/10/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | B.R. |
| Heller Family Medicine | 04/10/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | S.H. |
| Heller Family Medicine | 04/10/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | M.F. |
| Heller Family Medicine | 04/10/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $0.00 | M.B. |
| Heller Family Medicine | 05/04/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | F.J. |
| Heller Family Medicine | 05/04/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | K.M. |
| Heller Family Medicine | 05/04/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | G.H. |
| Heller Family Medicine | 05/04/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | C.B. |
| Heller Family Medicine | 05/04/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | J.A. |
| Heller Family Medicine | 05/04/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | L.A. |
| Heller Family Medicine | 05/04/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | A.B. |
| Heller Family Medicine | 05/04/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $0.00 | M.B. |
| Heller Family Medicine | 06/01/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | K.M. |
| Heller Family Medicine | 06/01/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | G.H. |
| Heller Family Medicine | 06/01/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | C.M. |
| Heller Family Medicine | 06/01/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | S.S. |
| Heller Family Medicine | 06/01/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | J.A. |
| Heller Family Medicine | 06/01/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | L.A. |
| Heller Family Medicine | 06/01/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | S.R. |
| Heller Family Medicine | 07/13/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | G.B. |
| Heller Family Medicine | 07/13/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | D.D. |
| Heller Family Medicine | 07/13/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | R.R. |
| Heller Family Medicine | 07/13/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | D.I. |
| Heller Family Medicine | 07/13/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | M.C. |
| Heller Family Medicine | 07/13/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | G.B. |
| Heller Family Medicine | 07/13/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | C.M. |

| Heller Family Medicine | 07/13/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | N.P. |
| Heller Family Medicine | 07/13/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | J.A. |
| Heller Family Medicine | 07/13/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | L.B. |
| Heller Family Medicine | 07/13/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | S.H. |
| Heller Family Medicine | 07/13/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | S.R. |
| Heller Family Medicine | 07/13/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | B.R. |
| Heller Family Medicine | 07/13/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | M.D. |
| Heller Family Medicine | 07/13/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | R.D. |
| Heller Family Medicine | 07/13/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | V.D. |
| Heller Family Medicine | 07/13/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | S.S. |
| Heller Family Medicine | 07/13/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | M.F. |
| Heller Family Medicine | 07/13/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | J.S. |
| Heller Family Medicine | 07/13/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | S.R. |
| Heller Family Medicine | 07/13/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | H.D. |
| Heller Family Medicine | 07/13/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | R.D. |
| Heller Family Medicine | 07/13/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $0.00 | W.C. |
| Heller Family Medicine | 08/17/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | G.B. |
| Heller Family Medicine | 08/17/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | D.D. |
| Heller Family Medicine | 08/17/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | E.O. |
| Heller Family Medicine | 08/17/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | R.R. |
| Heller Family Medicine | 08/17/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | M.C. |
| Heller Family Medicine | 08/17/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | D.B. |
| Heller Family Medicine | 08/17/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | M.G. |
| Heller Family Medicine | 08/17/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | B.M. |
| Heller Family Medicine | 08/17/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | G.B. |
| Heller Family Medicine | 08/17/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | S.H. |
| Heller Family Medicine | 08/17/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | D.T. |
| Heller Family Medicine | 08/17/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | R.D. |
| Heller Family Medicine | 08/17/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | I.C. |
| Heller Family Medicine | 08/17/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | V.D. |

| Heller Family Medicine | 08/17/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | L.H. |
|---|---|---|---|---|---|---|
| Heller Family Medicine | 08/17/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | J.J. |
| Heller Family Medicine | 08/17/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | S.S. |
| Heller Family Medicine | 08/17/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | C.G. |
| Heller Family Medicine | 08/17/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | H.D. |
| Heller Family Medicine | 08/17/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | R.D. |
| Heller Family Medicine | 08/17/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | V.W. |
| Heller Family Medicine | 09/14/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | W.E. |
| Heller Family Medicine | 09/14/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | M.G. |
| Heller Family Medicine | 09/14/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | D.I. |
| Heller Family Medicine | 09/14/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | B.M. |
| Heller Family Medicine | 09/14/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | L.B. |
| Heller Family Medicine | 09/14/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | D.T. |
| Heller Family Medicine | 09/14/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | L.H. |
| Heller Family Medicine | 09/14/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | J.J. |
| Heller Family Medicine | 09/14/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | R.B. |
| Heller Family Medicine | 09/14/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | R.G. |
| Heller Family Medicine | 09/14/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | C.G. |
| Heller Family Medicine | 09/14/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | B.S. |
| Heller Family Medicine | 09/14/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | R.S. |
| Heller Family Medicine | 09/14/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | J.S. |
| Heller Family Medicine | 09/14/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | M.W. |
| Heller Family Medicine | 09/14/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | T.B. |
| Heller Family Medicine | 09/14/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | V.W. |
| Heller Family Medicine | 09/14/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | J.W. |
| Heller Family Medicine | 09/14/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | D.S. |
| Heller Family Medicine | 10/19/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | W.E. |
| Heller Family Medicine | 10/19/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | D.B. |
| Heller Family Medicine | 10/19/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | R.M. |
| Heller Family Medicine | 10/19/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | J.M. |

| Heller Family Medicine | 10/19/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | J.W. |
|---|---|---|---|---|---|---|
| Heller Family Medicine | 10/19/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | R.S. |
| Heller Family Medicine | 10/19/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | J.M. |
| Heller Family Medicine | 10/19/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | M.W. |
| Heller Family Medicine | 10/19/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | R.G. |
| Heller Family Medicine | 10/19/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | R.S. |
| Heller Family Medicine | 10/19/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | J.W. |
| Heller Family Medicine | 10/19/2018 | L8679 | Implantable neurostimulator | $7,450.00 | $5,840.80 | D.S. |