UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 2:20-cv-81 |
| | ) | |
| v. | ) | |
| | ) | |
| HELLER FAMILY MEDICINE LLC, | ) | |
| and | ) | |
| DR. JENNIFER HELLER, D.C., | ) | |
| | ) | |
| Defendants. | ) | |

## UNITED STATES' MOTION TO ENTER CONSENT JUDGMENT

The United States of America, by and through the undersigned, respectfully moves this Court to enter the Consent Judgment attached hereto as Exhibit A. This Consent Judgment resolves all claims between the Plaintiffs and Defendants.

Dated: August 7, 2020

                                                    Respectfully submitted,

                                                  BOBBY L. CHRISTINE
                                                  UNITED STATES ATTORNEY

                                                  */s/ Jonathan A. Porter*
                                                  JONATHAN A. PORTER
                                                  Assistant United States Attorney
                                                  Georgia Bar No. 725457
                                                  U.S. Attorney's Office
                                                  Post Office Box 8970
                                                  Savannah, Georgia 31412
                                                  Telephone: (912) 652-4422
                                                  Email: Jonathan.Porter@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the counsel of record in this case.

*/s/ Jonathan A. Porter*
JONATHAN A. PORTER
Assistant United States Attorney