UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
John E. Triplett, Acting Clerk
United States District Court

*By CAsbell at 4:44 pm, Aug 10, 2020*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 2:20-cv-81 |
| | ) | |
| v. | ) | |
| | ) | |
| HELLER FAMILY MEDICINE LLC, | ) | |
| and | ) | |
| DR. JENNIFER HELLER, D.C., | ) | |
| | ) | |
| Defendants. | ) | |

## CONSENT JUDGMENT

WHEREAS, Plaintiff United States of America filed a Complaint in this action alleging that Defendants Heller Family Medicine LLC and Dr. Jennifer Heller, D.C. violated the False Claims Act ("FCA"), as amended, 31 U.S.C. §§ 3729–3733, and seeking damages under the FCA;

WHEREAS, the Parties recognize, and the Court by entering this Consent Judgment finds, that this Consent Judgment has been negotiated by the Parties in good faith and will avoid further litigation between the Parties and that this Consent Judgment is fair, reasonable, and in the public interest;

NOW, THEREFORE, with the consent of the Parties, IT IS HEREBY ADJUDGED, ORDERED, AND DECREED as follows:

1.  That Final Judgment is hereby entered in favor of Plaintiff and against Defendants as follows:

2.  That Defendant Heller Family Medicine LLC shall pay to Plaintiff $4,304,692.35.

1

3.    That Defendant Jennifer Heller, D.C. shall pay to Plaintiff a sum of $700,000.00.

4.    All payments pursuant to this Consent Judgment shall be made to the Financial Litigation Unit of the U.S. Attorney's Office of the Southern District of Georgia.

This _10_ day of _August_ 2020

THE HONORABLE LISA GODBEY WOOD
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

**JUDGMENT CONSENTED TO BY:**

*Plaintiff:*

PATRICK J. SCHWEDLER
Assistant United States Attorney

JONATHAN A. PORTER
Assistant United States Attorney

*Defendants:*

JENNIFER HELLER, D.C.,
in her individual capacity

JENNIFER HELLER, D.C.,
on behalf of:
HELLER FAMILY MEDICINE LLC

MICHAEL J. KHOURI
*Attorney for Defendants*

2